# United States Court of Appeals
## For the First Circuit

No. 22-1389

BRT MANAGEMENT LLC,

Plaintiff, Appellant,

v.

MALDEN STORAGE LLC; PLAIN AVENUE STORAGE LLC,

Defendants/Third-Party Plaintiffs, Appellees,

BRIAN WALLACE,

Third-Party Defendant, Appellant,

BANNER DRIVE STORAGE LLC,

Defendant.

**JUDGMENT**

Entered: May 22, 2023

    This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Massachusetts.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's judgment is vacated, and the matter is remanded to the district court to determine whether it has subject matter jurisdiction. If it does, it should re-enter the judgment; if not, it should dismiss the case for lack of jurisdiction. The parties shall bear their own costs.

By the Court:

Maria R. Hamilton, Clerk

cc:  Hon. F. Dennis Saylor, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, John S. Davagian II, Peter Emil Strniste Jr., Charles R. Bennett, John H. Brazilian, Alec S. Pine